# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 21-5250** | **September Term, 2022** |
| | FILED ON: JULY 21, 2023 |

CHAVA RACHEL MARK, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF TBM, RLM AND EBM, MINORS, ET AL.,
  APPELLANTS

v.

REPUBLIC OF THE SUDAN AND UNITED STATES,
  APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:20-cv-03022)

Before: SRINIVASAN, *Chief Judge*, WILKINS and RAO, *Circuit Judges*

### J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be modified to be a dismissal without prejudice and the modified judgment be affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/

Daniel J. Reidy
Deputy Clerk

Date: July 21, 2023

Opinion for the court filed by Circuit Judge Rao.