# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-5250**  **September Term, 2023**

**1:20-cv-03022-TNM**

**Filed On:** September 25, 2023

Chava Rachel Mark, individually and as parent and natural guardian of TBM, RLM and EBM, minors, et al.,

    Appellants

    v.

Republic of the Sudan and United States,

    Appellees

**BEFORE:** Srinivasan, Chief Judge; and Wilkins and Rao, Circuit Judges

## O R D E R

Upon consideration of appellants' petition for panel rehearing filed on September 5, 2023, it is

**ORDERED** that the petition be denied.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:   /s/
        Daniel J. Reidy
        Deputy Clerk