# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 21-5250**  **September Term, 2023**

**1:20-cv-03022-TNM**

**Filed On:** September 25, 2023

Chava Rachel Mark, individually and as parent and natural guardian of TBM, RLM and EBM, minors, et al.,

    Appellants

  v.

Republic of the Sudan and United States,

    Appellees

**BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellants' petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Daniel J. Reidy
Deputy Clerk